# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

GARY BRAUCHER, *an individual,*
*on behalf of himself and others similarly*
*situated,*

        Plaintiff,

    vs.

ATLAS RAILROAD CONSTRUCTION, LLC,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  5:14-cv-1601

JUDGE BENITA Y. PEARSON

---

## CONSENT TO JOIN AND PARTICIPATE AS PARTY PLAINTIFF

---

I hereby give my consent pursuant to 29 U.S.C. § 216(b) to be a Party Plaintiff in this case and agree to be bound by any settlement or judgment of the Court in this action. I understand that this lawsuit has been filed against the above-named Defendant to recover alleged unpaid wages, including overtime, and other damages and relief available under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* I hereby designate Named Plaintiff Braucher's counsel to represent me for all purposes in this action and consent to be bound by decisions made by Mr. Braucher on my behalf regarding this lawsuit. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a Party Plaintiff as required by 29 U.S.C. § 216(b).

Date: 12-19-2014

_____
SIGNATURE

William D Price
NAME (Please Print Clearly)